**Fill in this information to identify your case and this filing:**

Debtor 1    **Dale**              **Mark**            **Bartlett**
            First Name            Middle Name         Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name         Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number    **17-32985**
(if known)

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1.

**20702 Feron Lane, Cypress, TX 77433
Lt 18 Blk 2 Canyon Lakes West Sec 3
7 2nd Par R/P in Harris County, Texas**

**Harris**
County

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $394,128.00 | $394,128.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Homestead**

☑ Check if this is community property
(see instructions)

Debtor 1    **Dale Mark Bartlett** _____    Case number (if known)  **17-32985** _____

| | | |
|---|---|---|
| 1.2. | **What is the property?** Check all that apply. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
| **656 County Road North, Davis, OK 73030** | ☑ Single-family home | |
| **656 County Road North, Davis, Murray County, OK 73030** | ☐ Duplex or multi-unit building ☐ Condominium or cooperative ☐ Manufactured or mobile home | **Current value of the entire property?**   **Current value of the portion you own?** |
| | ☐ Land | $275,131.00          $275,131.00 |
| _____ County | ☐ Investment property ☐ Timeshare | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** |
| | ☐ Other _____ | |
| | **Who has an interest in the property?** Check one. | **Ownership** _____ |
| | ☐ Debtor 1 only ☐ Debtor 2 only ☐ Debtor 1 and Debtor 2 only ☑ At least one of the debtors and another | ☑ **Check if this is community property** (see instructions) |
| | **Other information you wish to add about this item, such as local property identification number:** _____ | |

2.   Add the dollar value of the portion you own for all of your entries from Part 1, including any
     entries for pages you have attached for Part 1.  Write that number here..........................➔  | **$669,259.00** |

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?**  Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3.   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1. | | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
|---|---|---|---|
| Make: | **Lincoln** | ☐ Debtor 1 only | |
| Model: | **Navigator** | ☐ Debtor 2 only | **Current value of the entire property?**   **Current value of the portion you own?** |
| Year: | **2015** | ☐ Debtor 1 and Debtor 2 only | |
| Approximate mileage: | _____ | ☑ At least one of the debtors and another | $39,250.00          $39,250.00 |
| Other information: | | | |
| **2015 Lincoln Navigator** | | ☑ **Check if this is community property** (see instructions) | |

| 3.2. | | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
|---|---|---|---|
| Make: | **Lincoln** | ☐ Debtor 1 only | |
| Model: | **MKX** | ☐ Debtor 2 only | **Current value of the entire property?**   **Current value of the portion you own?** |
| Year: | **2016** | ☐ Debtor 1 and Debtor 2 only | |
| Approximate mileage: | _____ | ☑ At least one of the debtors and another | $0.00          $0.00 |
| Other information: | | | |
| **2016 Lincoln MKX** | | ☑ **Check if this is community property** (see instructions) | |

Debtor 1    **Dale Mark Bartlett**                                                          Case number (if known)   **17-32985**

---

| 3.3. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Ford** | Check one. | |
| Model: | **A** | ☐ Debtor 1 only | |
| Year: | **1930** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | | |
| | | ☑ At least one of the debtors and another | **$4,000.00** | **$4,000.00** |
| Other information: | | | |
| **1930 Ford A - no engine** | | ☑ Check if this is community property (see instructions) | |

| 3.4. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Harley Davidson** | Check one. | |
| Model: | **Heritage FLSTC** | ☐ Debtor 1 only | |
| Year: | **2000** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | | |
| | | ☑ At least one of the debtors and another | **$5,000.00** | **$5,000.00** |
| Other information: | | | |
| **2000 Harley Davidson Heritage FLSTC** | | ☑ Check if this is community property (see instructions) | |

| 3.5. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Harley Davidson** | Check one. | |
| Model: | **Sportster 883L** | ☐ Debtor 1 only | |
| Year: | **2009** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | | |
| | | ☑ At least one of the debtors and another | **$3,500.00** | **$3,500.00** |
| Other information: | | | |
| **2009 Harley Davidson Sportster 883L** | | ☑ Check if this is community property (see instructions) | |

| 3.6. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Harley Davidson** | Check one. | |
| Model: | **Shovelhead** | ☐ Debtor 1 only | |
| Year: | **1983** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | | |
| | | ☑ At least one of the debtors and another | **$5,000.00** | **$5,000.00** |
| Other information: | | | |
| **1983 Harley Davidson Shovelhead** | | ☑ Check if this is community property (see instructions) | |

| 3.7. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Ford** | Check one. | |
| Model: | **Mustang** | ☐ Debtor 1 only | |
| Year: | **1969** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | | |
| | | ☑ At least one of the debtors and another | **$2,000.00** | **$2,000.00** |
| Other information: | | | |
| **1969 Ford Mustang (no engine)** | | ☑ Check if this is community property (see instructions) | |

| 3.8. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Chevrolet** | Check one. | |
| Model: | **Camero** | ☐ Debtor 1 only | |
| Year: | **1968** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | | |
| | | ☑ At least one of the debtors and another | **$2,000.00** | **$2,000.00** |
| Other information: | | | |
| **1968 Chevrolet Camero (no engine)** | | ☑ Check if this is community property (see instructions) | |

Debtor 1   **Dale Mark Bartlett** _____   Case number (if known) **17-32985**

| 3.9. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Mercedes** | Check one. | |
| Model: | | ☐ Debtor 1 only | |
| Year: | **1995** | ☐ Debtor 2 only | |
| Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | |

Who has an interest in the property?
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $500.00 | $500.00 |

Other information:
**1995 Mercedes (non-working)**

☑ Check if this is community property
(see instructions)

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
☐ No
☑ Yes

| 4.1. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Winnebago** | Check one. | |
| Model: | **E350** | ☐ Debtor 1 only | |
| Year: | **1997** | ☐ Debtor 2 only | |

☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $5,000.00 | $5,000.00 |

Other information:
**1997 Winnebago E350**

☑ Check if this is community property
(see instructions)

5.   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.......................................... ➜    | **$66,250.00** |

---

### Part 3:   Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.   **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☑ Yes. Describe.....   **See continuation page(s).**          $11,225.00

7.   **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☑ No
☐ Yes. Describe.....          _____

8.   **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☑ No
☐ Yes. Describe.....          _____

9.   **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☑ No
☐ Yes. Describe.....          _____

Debtor 1   **Dale Mark Bartlett**_____   Case number (if known) **17-32985**_____

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☑ Yes. Describe.....  **2 rifles**                                                                    $300.00

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe.....  **Clothing: 12 pants $48; 4 jeans $20; 15 shirts $75; 3 suits $75; 2 sport coats**     $348.00
**$30; 10 pairs boots $100.**

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
gold, silver

☐ No
☑ Yes. Describe.....  **Watch $200; 3 rings $600; 2 necklaces 200.**                                  $1,000.00

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☐ No
☑ Yes. Describe.....  **1 household dog**                                                              $5.00

**14. Any other personal and household items you did not already list, including any health aids you
did not list**

☑ No
☐ Yes. Give specific
information.............                                                                              _____

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have
attached for Part 3. Write the number here...................................................** ➔ | $12,878.00 |

| **Part 4:** | **Describe Your Financial Assets** |

Do you own or have any legal or equitable interest in any of the following?                           Current value of the
                                                                                                     portion you own?
                                                                                                     Do not deduct secured
                                                                                                     claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your
petition

☑ No
☐ Yes.......................................................................................... Cash: ........................   _____

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions,
brokerage houses, and other similar institutions. If you have multiple accounts with the same
institution, list each.

☐ No
☑ Yes............................               Institution name:

   17.1.   Checking account:     **Checking account at Compass Bank**_____     $0.00

   17.2.   Checking account:     **Checking account at Compass Bank**_____     $0.00

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes............................   Institution or issuer name:

Debtor 1   **Dale Mark Bartlett**                                          Case number (if known)   **17-32985**

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them...........................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Driving Memories, Inc. (comprised of hard assets of $17,000 and goodwill of $33,000)** | **100%** | **$50,000.00** |
| **DJD Enterprises, Inc.** | **100%** | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them...........................   Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | **401(k) at Prudential** | **$200,000.00** |

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes...........................   Institution name or individual:

23. **Annuities**   (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes...........................   Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes...........................   Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific information about them

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific information about them

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No
☑ Yes.  Give specific information about them   **Mr. Transmission/Milex Complete Auto Care Franchise**   **$160,000.00**

Debtor 1    **Dale Mark Bartlett**                                                    Case number (if known)   **17-32985**

**Money or property owed to you?**                                                    Current value of the
                                                                                      portion you own?
                                                                                      Do not deduct secured
                                                                                      claims or exemptions.

28. **Tax refunds owed to you**

    ☑ No
    ☐ Yes.  Give specific information                        Federal: _____
           about them, including whether
           you already filed the returns                     State:   _____
           and the tax years.....................
                                                             Local:   _____

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☑ No
    ☐ Yes.  Give specific information                        Alimony:              _____

                                                             Maintenance:          _____

                                                             Support:              _____

                                                             Divorce settlement:   _____

                                                             Property settlement:  _____

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
               compensation, Social Security benefits; unpaid loans you made to someone else

    ☑ No
    ☐ Yes.  Give specific information                                              _____

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No
    ☐ Yes.  Name the insurance
           company of each policy
           and list its value................   Company name:          Beneficiary:          Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
    entitled to receive property because someone has died

    ☑ No
    ☐ Yes.  Give specific information                                              _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☐ No
    ☑ Yes.  Describe each claim........   **Claim against Wayne Ray individually and d/b/a Certified**        $300,000.00
                                          **Transmission and d/b/a Elite Transmission; Darland Partners,**
                                          **LTD c/o Travis C. Crowder, Attorney, 17101 Kuykendahl, Houston,**
                                          **TX 77068; and  Moran Family of Brands, 4444 W. 147th Street,**
                                          **Midlonthian, IL 60445.**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and**
    **rights to set off claims**

    ☑ No
    ☐ Yes.  Describe each claim........                                            _____

Debtor 1   **Dale Mark Bartlett** _____   Case number (if known) **17-32985** _____

**35. Any financial assets you did not already list**

☑ No
☐ Yes.  Give specific information

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4.  Write that number here**............................................................................ ➔ | $710,000.00 |

---

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No.  Go to Part 6.
☐ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe..

**39. Office equipment, furnishings, and supplies**
_Examples:_ Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes.  Describe..

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes.  Describe..

**41. Inventory**

☑ No
☐ Yes.  Describe..

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....  Name of entity:                              % of ownership:

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

   ☐ No
   ☐ Yes.  Describe.....

**44. Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5.  Write that number here**.......................................................................... ➔ | $0.00 |

Debtor 1   **Dale Mark Bartlett** _____   Case number (if known)   **17-32985** _____

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
_Examples:_ Livestock, poultry, farm-raised fish

☑ No
☐ Yes....                                                          _____

48. **Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific
   information................                                      _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....                                                          _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....                                                          _____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific
   information................                                      _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6.  Write that number here.................................................................** ➔  $0.00

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**
_Examples:_ Season tickets, country club membership

☑ No
☐ Yes.  Give specific information.

54. **Add the dollar value of all of your entries from Part 7.  Write that number here.............................** ➔  $0.00

Debtor 1    **Dale Mark Bartlett**                                          Case number (if known)    **17-32985**

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55.  **Part 1: Total real estate, line 2**.................................................................................➔                     $669,259.00

56.  **Part 2: Total vehicles, line 5**                                        $66,250.00

57.  **Part 3: Total personal and household items, line 15**                 $12,878.00

58.  **Part 4: Total financial assets, line 36**                             $710,000.00

59.  **Part 5: Total business-related property, line 45**                        $0.00

60.  **Part 6: Total farm- and fishing-related property, line 52**               $0.00

61.  **Part 7: Total other property not listed, line 54**              +          $0.00

62.  **Total personal property.**    Add lines 56 through 61...................    $789,128.00      Copy personal      +      $789,128.00
                                                                                                   property total  ➔

63.  **Total of all property on Schedule A/B.**    Add line 55 + line 62..............................................................    $1,458,387.00

Debtor 1    **Dale Mark Bartlett**                                      Case number (if known)    **17-32985**

6.    **Household goods and furnishings (details):**

**Living Room: 1 sofa $300; 2 love seats $300; 2 side chairs $200; coffee table $150; 2 end tables $80; 2 bookcases $250; 2 misc. items $300; Kitchen & Dining Room: stove $150; refrigerator $400; dishwasher $75; microwave oven $50; 5 small appliances $200; pots and pans $100; dishes, glasses and flatware $125; table w/chairs $700; buffet $100; china cabinet $200; 1st Bedroom: bed $500; 2 dressers $50; chest of drawers $100; 2 night stands $40; 2 lamps $25; misc. itmes $200; 2nd Bedroom: bed $300; dresser $200; chest of drawers $100; 2 night stands $40; 2 lamps $20; misc. itmes $100; 3rd Bedroom: bed $200; dresser $100; chest of drawer $50; night stand $20; lamp $10; Misc. Items: washer and dryer $200; 2 garden tools $30; 4 electric tools $50; lawnmower $100.  All Items Located at 20702 Feron Lane.**      **$6,115.00**

**Living Room: Sofa $150; 2 end tables $100; wood framed print $50; coffee table $50; end table $100; 2 side chairs $100 60" projector TV $200; TV Room: sofa $100, love seat $100; coffee table $100, wine rack $50; drum set $100; 4 wood framed prints $200; lamp $50; Kitchen: refrigerator $150; dishwasher $75; microwave $50; oven $100; plates, flatware and pots and pans $50; 2 bar stools $30; table w/4 chairs $150; telephone table $50; Dining Room: dining table w/8 chairs $580; buffet $150; side table $50; dining set service for 8 $150; mirror, painting, and print $150; 1st bedroom: bed $200; dresser $100; 2 night stands $80; 2 door cabinet $100; small dressing table $75; stool $10; 2nd Bedroom: bunk beds $100; wooden toy box $20; 3rd Bedroom: bed $50; 4th bedroom: sofa $200; chair $30, coffee table $50; 2 end tables $50; Office: wood hutch $100; table with mirror $100; framed print $75; Misc. Items: wooding dining hutch $150; 2 small 2 door cabinets $80; large 2 door cabinet $75; patio table w/6 chairs $280.  All items located at Davis, OK home.**      **$5,110.00**

**Fill in this information to identify your case:**

Debtor 1      **Dale**            **Mark**           **Bartlett**
              First Name          Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name        Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   **17-32985**
(if known)

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
| --- | --- |

1. Which set of exemptions are you claiming?      *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **20702 Feron Lane, Cypress, TX 77433 Lt 18 Blk 2 Canyon Lakes West Sec 3 7 2nd Par R/P in Harris County, Texas** Line from *Schedule A/B*: **1.1** | **$394,128.00** | ☑ **$106,665.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description: **2000 Harley Davidson Heritage FLSTC** Line from *Schedule A/B*: **3.4** | **$5,000.00** | ☑ **$5,000.00** ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |

3. Are you claiming a homestead exemption of more than $160,375?
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

| Debtor 1 | **Dale Mark Bartlett** | Case number (if known) | **17-32985** |

---

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**1983 Harley Davidson Shovelhead**<br><br>Line from *Schedule A/B*: __**3.6**__ | **$5,000.00** | ☑ __**$5,000.00**__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description:<br>**Living Room: 1 sofa $300; 2 love seats $300; 2 side chairs $200; coffee table $150; 2 end tables $80; 2 bookcases $250; 2 misc. items $300; Kitchen & Dining Room: stove $150; refrigerator $400; dishwasher $75; microwave oven $50; 5 small appliances $200; pots and pans $100; dishes, glasses and flatware $125; table w/chairs $700; buffet $100; china cabinet $200; 1st Bedroom: bed $500; 2 dressers $50; chest of drawers $100; 2 night stands $40; 2 lamps $25; misc. itmes $200; 2nd Bedroom: bed $300; dresser $200; chest of drawers $100; 2 night stands $40; 2 lamps $20; misc. itmes $100; 3rd Bedroom: bed $200; dresser $100; chest of drawer $50; night stand $20; lamp $10; Misc. Items: washer and dryer $200; 2 garden tools $30; 4 electric tools $50; lawnmower $100.  All Items Located at 20702 Feron Lane.**<br><br>Line from *Schedule A/B*: __**6**__ | **$6,115.00** | ☑ __**$6,115.00**__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |

Debtor 1    **Dale Mark Bartlett** _____    Case number (if known)   **17-32985**

| **Part 2:** | **Additional Page** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Living Room: Sofa $150; 2 end tables $100; wood framed print $50; coffee table $50; end table $100; 2 side chairs $100 60" projector TV $200; TV Room: sofa $100, love seat $100; coffee table $100, wine rack $50; drum set $100; 4 wood framed prints $200; lamp $50; Kitchen: refrigerator $150; dishwasher $75; microwave $50; oven $100; plates, flatware and pots and pans $50; 2 bar stools $30; table w/4 chairs $150; telephone table $50; Dining Room: dining table w/8 chairs $580; buffet $150; side table $50; dining set service for 8 $150; mirror, painting, and print $150; 1st bedroom: bed $200; dresser $100; 2 night stands $80; 2 door cabinet $100; small dressing table $75; stool $10; 2nd Bedroom: bunk beds $100; wooden toy box $20; 3rd Bedroom: bed $50; 4th bedroom: sofa $200; chair $30, coffee table $50; 2 end tables $50; Office: wood hutch $100; table with mirror $100; framed print $75; Misc. Items: wooding dining hutch $150; 2 small 2 door cabinets $80; large 2 door cabinet $75; patio table w/6 chairs $280.  All items located at Davis, OK home.**<br>Line from *Schedule A/B*:   **6** | **$5,110.00** | ☑ **$5,110.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1)** |
| Brief description:<br>**2 rifles**<br>Line from *Schedule A/B*:   **10** | **$300.00** | ☑ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(7)** |
| Brief description:<br>**Clothing: 12 pants $48; 4 jeans $20; 15 shirts $75; 3 suits $75; 2 sport coats $30; 10 pairs boots $100.**<br>Line from *Schedule A/B*:   **11** | **$348.00** | ☑ **$348.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(5)** |
| Brief description:<br>**Watch $200; 3 rings $600; 2 necklaces 200.**<br>Line from *Schedule A/B*:   **12** | **$1,000.00** | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |

Debtor 1    **Dale Mark Bartlett** _____    Case number (if known)   **17-32985** _____

| **Part 2:** | **Additional Page** |
|---|---|

| **Brief description of the property and line on** *Schedule A/B* **that lists this property** | **Current value of the portion you own** | **Amount of the exemption you claim** | **Specific laws that allow exemption** |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: <br> **1 household dog** <br><br> Line from *Schedule A/B*: ___**13**___ | **$5.00** | ☑ ___**$5.00**___ <br> ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(11)** |

**Fill in this information to identify your case:**

Debtor 1   **Dale**          **Mark**          **Bartlett**
           First Name        Middle Name       Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   **17-32985**
(if known)

☑ Check if this is an
   amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

| 2.1 |
|-----|

**Colonial Savings & Loa**
Creditor's name
**2600 West Fwy**
Number      Street

_____

**Fort Worth       TX    76102**
City            State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred   **09/2015**

Describe the property that secures the claim:
**20702 Feron Lane, Cypress, TX 77433**

| Column A | Column B | Column C |
|---|---|---|
| $287,463.00 | $394,128.00 | |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Conventional Real Estate Mortgage**

Last 4 digits of account number   **5   3   7   7**

Add the dollar value of your entries in Column A on this page. Write that number here:

| |
|---|
| **$287,463.00** |

Debtor 1  **Dale Mark Bartlett**                                          Case number (if known)  **17-32985**

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

**2.2**

**Lincoln Automotive Fin**
Creditor's name
**12110 Emmet St**
Number     Street

Describe the property that secures the claim:

**2015 Lincoln Navigator**

| | | |
|---|---|---|
| $50,228.49 | $39,250.00 | $10,978.49 |

**Omaha**          **NE**   **68164**
City                State  ZIP Code

**Who owes the debt?**  Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred  **12/2015**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.**  Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☒ Other (including a right to offset)
  **Automobile**

Last 4 digits of account number     **9   1   8   4**

**2.3**

**Lincoln Automotive Fin**
Creditor's name
**12110 Emmet St**
Number     Street

Describe the property that secures the claim:

**2016 Lincoln MKX**

| | | |
|---|---|---|
| $15,989.00 | $0.00 | $15,989.00 |

**Omaha**          **NE**   **68164**
City                State  ZIP Code

**Who owes the debt?**  Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred  **10/2015**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.**  Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☒ Other (including a right to offset)
  **Lease with option to purchase**

Last 4 digits of account number     **4   5   2   5**

Add the dollar value of your entries in Column A on this page.  Write that number here:

| $66,217.49 |
|---|

Debtor 1   **Dale Mark Bartlett** _____   Case number (if known)   **17-32985**

| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral | **Column B**<br>Value of collateral that supports this claim | **Column C**<br>Unsecured portion<br>If any |
|---|---|---|---|---|

| 2.4 | | Describe the property that secures the claim: | **$165,313.00** | **$275,131.00** | |

**Ocwen Loan Servicing L** _____
Creditor's name
**12650 Ingenuity Dr** _____
Number    Street

**656 County Road North, Davis, OK 73030**

_____

**Orlando         FL     32826**
City             State   ZIP Code

**Who owes the debt?**  Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Date debt was incurred   **06/2006**

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.**  Check all that apply.

- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
  **Conventional Real Estate Mortgage**

Last 4 digits of account number    **7   8   6   7**

Add the dollar value of your entries in Column A on this page. Write that number here: | **$165,313.00**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$518,993.49**

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **Dale** | **Mark** | **Bartlett** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)  **17-32985**

☑ Check if this is an
amended filing

<u>Official Form 106E/F</u>

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G).  Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*.  If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left.  Attach the Continuation Page to this page.  On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

**1.  Do any creditors have priority unsecured claims against you?**

☑ No.  Go to Part 2.
☐ Yes.

**2.  List all of your priority unsecured claims.**  If a creditor has more than one priority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts.  As much as possible, list the claims in alphabetical order according to the creditor's name.  If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | **Total claim** | **Priority amount** | **Nonpriority amount** |
|---|---|---|---|

Debtor 1   **Dale Mark Bartlett**                                        Case number (if known)   **17-32985**

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐   No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.

☑   Yes

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  |  |
|---|---|
|  | **Total claim** |

| 4.1 | | **$18,627.00** |
|---|---|---|

**Bankamerica**
Nonpriority Creditor's Name
**Po Box 982238**
Number      Street



**El Paso              TX       79998**
City                       State     ZIP Code

**Who incurred the debt?**   Check one.
☑   Debtor 1 only
☐   Debtor 2 only
☐   Debtor 1 and Debtor 2 only
☐   At least one of the debtors and another

☐   **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑   No
☐   Yes

**Last 4 digits of account number**   __4__ __2__ __2__ __1__
**When was the debt incurred?**   04/2002

**As of the date you file, the claim is:** Check all that apply.
☐   Contingent
☐   Unliquidated
☐   Disputed

**Type of NONPRIORITY unsecured claim:**
☐   Student loans
☐   Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐   Debts to pension or profit-sharing plans, and other similar debts
☑   Other.  Specify
**Credit Card**

| 4.2 | | **$6,000.00** |
|---|---|---|

**Can Capital**
Nonpriority Creditor's Name
**2015 Vaughn Road NW Bldg 500**
Number      Street



**Kennesaw           GA       30144**
City                       State     ZIP Code

**Who incurred the debt?**   Check one.
☐   Debtor 1 only
☐   Debtor 2 only
☐   Debtor 1 and Debtor 2 only
☑   At least one of the debtors and another

☐   **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑   No
☐   Yes

**Last 4 digits of account number**   ___ ___ ___ ___
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☑   Contingent
☑   Unliquidated
☑   Disputed

**Type of NONPRIORITY unsecured claim:**
☐   Student loans
☐   Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐   Debts to pension or profit-sharing plans, and other similar debts
☑   Other.  Specify
**Business account**

Debtor 1    **Dale Mark Bartlett**                                          Case number (if known)    **17-32985**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

**4.3**                                                                                     **$139.00**

**Centerpoint Energy Ent**
Nonpriority Creditor's Name
**Po Box 1700**
Number        Street

_____

**Houston**                **TX**        **77251**
City                        State       ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **2    7    7    3**
When was the debt incurred?    **09/2015**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Agriculture**

**4.4**                                                                                     **$80,000.00**

**Darland Partners, LTD**
Nonpriority Creditor's Name
**c/o Travis C. Crowder**
Number      Street
**17101 Kuykendahl**

_____

**Houston**                **TX**        **77068**
City                        State       ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    ___ ___ ___ ___
When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Lawsuit**

Debtor 1    **Dale Mark Bartlett**                                        Case number (if known)   **17-32985**

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

4.5

**First Data**
Nonpriority Creditor's Name
**265 Broad Hollow R**
Number        Street

$970.00

**Last 4 digits of account number**   **5   0   0   0**

**When was the debt incurred?**   **04/01/2016**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Melville**                    **NY**   **11747**
City                            State    ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Lease**

4.6

**First Data**
Nonpriority Creditor's Name
**265 Broad Hollow R**
Number        Street

$863.00

**Last 4 digits of account number**   **6   0   0   0**

**When was the debt incurred?**   **01/01/2016**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Melville**                    **NY**   **11747**
City                            State    ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Lease**

Debtor 1    **Dale Mark Bartlett**                                      Case number (if known)   **17-32985**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

|  | **Total claim** |
|---|---|

**4.7**

| | | |
|---|---|---|

**$30,000.00**

**Fora Financial**
Nonpriority Creditor's Name
**242 W. 36th Street, 14th Floor**
Number        Street

_____

**New York**            **NY**   **10001**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Unsecured Loan**

**4.8**

**$800.00**

**Guidant Financial**
Nonpriority Creditor's Name
**1100 112th Avenue NE, Suite 100**
Number        Street

_____

**Bellevue**              **WA**   **98004**
City                          State    ZIP Code

**Who incurred the debt?**   Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   __ __ __ __
**When was the debt incurred?**        _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Unsecured Loan**

Debtor 1    **Dale Mark Bartlett**                                    Case number (if known)   **17-32985**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

**4.9**

**Unknown**

**Ironwood**
Nonpriority Creditor's Name
**800 N. Shoreline Blvd., Suite 2460**
Number      Street

**Corpus Christi         TX      78401**
City                   State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Unsecured Loan**

**4.10**

**$17,330.03**

**Merchant Cash and Catipal, LLC**
Nonpriority Creditor's Name
**dba Bizfi Funding**
Number      Street
**c/o Mark F. Magnozzi, Attorney**

**23 Green Street, Suite 302**

**Huntington              NY      11743**
City                   State    ZIP Code

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __
**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Lawsuit**

Debtor 1   **Dale Mark Bartlett**                                          Case number (if known)   **17-32985**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| Total claim |
|---|

**4.11**

| | |
|---|---|

**Moran Industries, Inc.**
Nonpriority Creditor's Name
**c/o Michael J. Boxerman, Attorney**
Number          Street
**20 North Clark Street, Suite 2500**

**$200,000.00**

Last 4 digits of account number     __  __  __  __

When was the debt incurred?     _____

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Chicago**               **IL**     **60602**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Franchise Agreement**

**4.12**

**Portfolio Recovery Ass**
Nonpriority Creditor's Name
**120 Corporate Blvd Ste 1**
Number       Street

**$141.00**

Last 4 digits of account number     **2   5   1   6**

When was the debt incurred?     **02/2012**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Norfolk**               **VA**     **23502**
City                        State    ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Collecting for - GE Capital**

Debtor 1    **Dale Mark Bartlett**                                    Case number (if known)   **17-32985**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.13 | | |

**Robert Egan**
Nonpriority Creditor's Name
**15614 Stable Brook Circle**
Number        Street

**$20,000.00**

Last 4 digits of account number  __ __ __ __

When was the debt incurred?   **5/2016**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Cypress**           **TX**     **77429**
City                State     ZIP Code

**Who incurred the debt?**   Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Unsecured Loan**

| 4.14 | | |

**$100,000.00**

**Steven Pourteau**
Nonpriority Creditor's Name
**248 Twin Lakes Blvd.**
Number        Street

Last 4 digits of account number  __ __ __ __

When was the debt incurred?   **7/2016**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**West Columbia**     **TX**     **77486**
City                State     ZIP Code

**Who incurred the debt?**   Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Unsecured Loan**

Debtor 1 __Dale Mark Bartlett__

Case number (if known) __17-32985__

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| | Total claim |
|---|---|
| | **$4,158.00** |

4.15

**Wells Fargo**
Nonpriority Creditor's Name
**Po Box 14517**
Number        Street

**Des Moines**        **IA**        **50306**
City                          State        ZIP Code

**Who incurred the debt?**   Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __8__ __7__ __7__ __5__

**When was the debt incurred?**   __12/2015__

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Credit Card**

Debtor 1    **Dale Mark Bartlett**                                             Case number (if known)   **17-32985**

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---------|--------------------------------------------------|

6.    **Total the amounts of certain types of unsecured claims.**  This information is for statistical reporting purposes only. 28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | **$0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$0.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. + | **$0.00** |
| | 6e. | **Total.**   Add lines 6a through 6d. | 6d. | **$0.00** |

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | **$0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. + | **$479,028.03** |
| | 6j. | **Total.**   Add lines 6f through 6i. | 6j. | **$479,028.03** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Dale** | **Mark** | **Bartlett** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **17-32985**
(if known)

☑ Check if this is an
amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | | State what the contract or lease is for |
|---|---|---|---|
| 2.1 | **Lincoln Automotive Fin** | | **2016 Lincoln MKX** |
| | Name | | **Contract to be REJECTED** |
| | **12110 Emmet St** | | |
| | Number    Street | | |
| | **Omaha** | **NE**    **68164** | |
| | City | State    ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1     __Dale__          __Mark__          __Bartlett__
             First Name        Middle Name       Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number     __17-32985__
(if known)

☑ Check if this is an
   amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1.  **Do you have any codebtors?**    (If you are filing a joint case, do not list either spouse as a codebtor.)
    ☐ No
    ☑ Yes

2.  **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
    ☐ No.  Go to line 3.
    ☑ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?
        ☑ No
        ☐ Yes

3.  **In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G).  Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.1 | **Alis Teresa Bartlett** |
|-----|--------------------------|

Name

**20702 Feron Lane**
Number        Street

**Cypress**                **TX**        **77433**
City                        State        ZIP Code

☑ Schedule D, line  __2.1__
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Colonial Savings & Loa**

| 3.2 | **Alis Teresa Bartlett** |
|-----|--------------------------|

Name

**20702 Feron Lane**
Number        Street

**Cypress**                **TX**        **77433**
City                        State        ZIP Code

☑ Schedule D, line  __2.4__
☐ Schedule E/F, line _____
☐ Schedule G, line _____
**Ocwen Loan Servicing L**

Debtor 1 __Dale Mark Bartlett_____   Case number (if known) __17-32985_____

| | **Additional Page to List More Codebtors** |

Column 1: **Your codebtor**                    Column 2: **The creditor to whom you owe the debt**

Check all schedules that apply:

**3.3**

**DJD Enterprises, Inc.**
Name
**20702 Feron Lake**
Number     Street

**Cypress**                    **TX**     **77433**
City                           State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.3__
☐ Schedule G, line _____
**Centerpoint Energy Ent**

**3.4**

**DJD Enterprises, Inc.**
Name
**20702 Feron Lake**
Number     Street

**Cypress**                    **TX**     **77433**
City                           State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.4__
☐ Schedule G, line _____
**Darland Partners, LTD**

**3.5**

**DJD Enterprises, Inc.**
Name
**20702 Feron Lake**
Number     Street

**Cypress**                    **TX**     **77433**
City                           State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.5__
☐ Schedule G, line _____
**First Data**

**3.6**

**DJD Enterprises, Inc.**
Name
**20702 Feron Lake**
Number     Street

**Cypress**                    **TX**     **77433**
City                           State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.6__
☐ Schedule G, line _____
**First Data**

**3.7**

**DJD Enterprises, Inc.**
Name
**20702 Feron Lake**
Number     Street

**Cypress**                    **TX**     **77433**
City                           State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.10__
☐ Schedule G, line _____
**Merchant Cash and Catipal, LLC**

**3.8**

**DJD Enterprises, Inc.**
Name
**20702 Feron Lake**
Number     Street

**Cypress**                    **TX**     **77433**
City                           State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.11__
☐ Schedule G, line _____
**Moran Industries, Inc.**

Debtor 1    **Dale Mark Bartlett**      Case number (if known)   **17-32985**

| | **Additional Page to List More Codebtors** |
|---|---|

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

---

**3.9**

**DJD Enterprises, Inc.**
Name
**20702 Feron Lake**
Number    Street

**Cypress**      **TX**      **77433**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.15**
☐ Schedule G, line _____
**Wells Fargo**

---

**3.10**

**Driving Memories, Inc. d/b/a**
Name
   **Mr. Transmission #2**
Number    Street
**20702 Feron Lake**

**Cypress**      **TX**      **77433**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.10**
☐ Schedule G, line _____
**Merchant Cash and Catipal, LLC**

---

**3.11**

**Driving Memories, Inc. d/b/a**
Name
   **Mr. Transmission #2**
Number    Street
**20702 Feron Lake**

**Cypress**      **TX**      **77433**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.4**
☐ Schedule G, line _____
**Darland Partners, LTD**

---

**3.12**

**Driving Memories, Inc. d/b/a**
Name
   **Mr. Transmission #2**
Number    Street
**20702 Feron Lake**

**Cypress**      **TX**      **77433**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.11**
☐ Schedule G, line _____
**Moran Industries, Inc.**

---

**3.13**

**Driving Memories, Inc. d/b/a**
Name
   **Mr. Transmission #2**
Number    Street
**20702 Feron Lake**

**Cypress**      **TX**      **77433**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.2**
☐ Schedule G, line _____
**Can Capital**

---

**3.14**

**Driving Memories, Inc. d/b/a**
Name
   **Mr. Transmission #2**
Number    Street
**20702 Feron Lake**

**Cypress**      **TX**      **77433**
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line   **4.3**
☐ Schedule G, line _____
**Centerpoint Energy Ent**

---

Debtor 1 __Dale Mark Bartlett_____    Case number (if known) __17-32985_____

| | |
|---|---|

### Additional Page to List More Codebtors

*Column 1:* **Your codebtor**                                   *Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

| 3.15 | **Driving Memories, Inc. d/b/a** |
|---|---|

Name

**Mr. Transmission #2**
Number     Street
**20702 Feron Lake**

**Cypress**                    **TX**        **77433**
City                           State       ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line     **4.5**
- ☐ Schedule G, line _____

**First Data**

| 3.16 | **Driving Memories, Inc. d/b/a** |
|---|---|

Name

**Mr. Transmission #2**
Number     Street
**20702 Feron Lake**

**Cypress**                    **TX**        **77433**
City                           State       ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line     **4.6**
- ☐ Schedule G, line _____

**First Data**

| 3.17 | **Driving Memories, Inc. d/b/a** |
|---|---|

Name

**Mr. Transmission #2**
Number     Street
**20702 Feron Lake**

**Cypress**                    **TX**        **77433**
City                           State       ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line     **4.8**
- ☐ Schedule G, line _____

**Guidant Financial**

| 3.18 | **Driving Memories, Inc. d/b/a** |
|---|---|

Name

**Mr. Transmission #2**
Number     Street
**20702 Feron Lake**

**Cypress**                    **TX**        **77433**
City                           State       ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line     **4.15**
- ☐ Schedule G, line _____

**Wells Fargo**

| 3.19 | **Driving Memories, Inc. d/b/a** |
|---|---|

Name

**Mr. Transmission #2**
Number     Street
**20702 Feron Lake**

**Cypress**                    **TX**        **77433**
City                           State       ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line     **4.7**
- ☐ Schedule G, line _____

**Fora Financial**

| 3.20 | **Driving Memories, Inc. d/b/a** |
|---|---|

Name

**Mr. Transmission #2**
Number     Street
**20702 Feron Lake**

**Cypress**                    **TX**        **77433**
City                           State       ZIP Code

- ☐ Schedule D, line _____
- ☑ Schedule E/F, line     **4.9**
- ☐ Schedule G, line _____

**Ironwood**

**Fill in this information to identify your case:**

| Debtor 1 | **Dale** | **Mark** | **Bartlett** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number **17-32985**
(if known)

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

**1.    Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| **Occupation** | | Director Global Operations | |
| **Employer's name** | | Exterran | |
| **Employer's address** | | P O Box 670089 | |
| | | Number  Street | Number  Street |
| | | Houston       TX   77267-008 | |
| | | City              State  Zip Code | City              State  Zip Code |
| **How long employed there?** | | 25 years | |

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **2.    List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $15,515.11 | $0.00 |
| **3.    Estimate and list monthly overtime pay.** | 3. + | $0.00 | $0.00 |
| **4.    Calculate gross income.** Add line 2 + line 3. | 4. | $15,515.11 | $0.00 |

| Debtor 1 | **Dale Mark Bartlett** | | Case number (if known) | **17-32985** |

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| | Copy line 4 here ............................................................. → | 4. | **$15,515.11** | **$0.00** |
| 5. | List all payroll deductions: | | | |
| | 5a. Tax, Medicare, and Social Security deductions | 5a. | **$3,185.33** | **$0.00** |
| | 5b. Mandatory contributions for retirement plans | 5b. | **$0.00** | **$0.00** |
| | 5c. Voluntary contributions for retirement plans | 5c. | **$0.00** | **$0.00** |
| | 5d. Required repayments of retirement fund loans | 5d. | **$0.00** | **$0.00** |
| | 5e. Insurance | 5e. | **$1,290.21** | **$0.00** |
| | 5f. Domestic support obligations | 5f. | **$0.00** | **$0.00** |
| | 5g. Union dues | 5g. | **$0.00** | **$0.00** |
| | 5h. Other deductions.<br>Specify: _____ | 5h. + | **$0.00** | **$0.00** |
| 6. | **Add the payroll deductions.**  Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | **$4,475.54** | **$0.00** |
| 7. | **Calculate total monthly take-home pay.**  Subtract line 6 from line 4. | 7. | **$11,039.57** | **$0.00** |
| 8. | List all other income regularly received: | | | |
| | 8a. Net income from rental property and from operating a business, profession, or farm | 8a. | **$0.00** | **$0.00** |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| | 8b. Interest and dividends | 8b. | **$0.00** | **$0.00** |
| | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | **$0.00** | **$0.00** |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| | 8d. Unemployment compensation | 8d. | **$0.00** | **$0.00** |
| | 8e. Social Security | 8e. | **$0.00** | **$0.00** |
| | 8f. Other government assistance that you regularly receive | | | |
| | Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | **$0.00** | **$0.00** |
| | 8g. Pension or retirement income | 8g. | **$0.00** | **$0.00** |
| | 8h. Other monthly income.<br>Specify: _____ | 8h. + | **$0.00** | **$0.00** |
| 9. | **Add all other income.**  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | **$0.00** | **$0.00** |
| 10. | **Calculate monthly income.**  Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | **$11,039.57** + **$0.00** = | **$11,039.57** |
| 11. | **State all other regular contributions to the expenses that you list in Schedule J.**<br>Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.<br><br>Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.<br>Specify: _____ | 11. + | | **$0.00** |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies. | 12. | | **$11,039.57**<br>**Combined monthly income** |

Debtor 1    **Dale Mark Bartlett**                                          Case number (if known)   **17-32985**

**13.  Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:

> **None.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Dale** | **Mark** | **Bartlett** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **17-32985** | | |

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent....................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Spouse** | _____ | ☐ No ☑ Yes |
| **Son** | **19** | ☐ No ☑ Yes |
| **Son** | **29** | ☐ No ☑ Yes |
| **Daughter** | **38** | ☐ No ☑ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

Your expenses

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.

   4. _____ **$2,750.00**

   If not included in line 4:

4a. Real estate taxes    4a. _____

4b. Property, homeowner's, or renter's insurance    4b. _____

4c. Home maintenance, repair, and upkeep expenses    4c. _____

4d. Homeowner's association or condominium dues    4d. _____ **$110.00**

Debtor 1      **Dale Mark Bartlett**                                                    Case number (if known)   **17-32985**

**Your expenses**

| | | | | |
|---|---|---|---|---|
| **5.** | **Additional mortgage payments for your residence,** such as home equity loans | 5. | | |
| **6.** | **Utilities:** | | | |
| | 6a.  Electricity, heat, natural gas | 6a. | | **$400.00** |
| | 6b.  Water, sewer, garbage collection | 6b. | | **$90.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | | **$450.00** |
| | 6d.  Other.  Specify: _____ | 6d. | | |
| **7.** | **Food and housekeeping supplies** | 7. | | **$2,000.00** |
| **8.** | **Childcare and children's education costs** | 8. | | |
| **9.** | **Clothing, laundry, and dry cleaning** | 9. | | **$100.00** |
| **10.** | **Personal care products and services** | 10. | | **$50.00** |
| **11.** | **Medical and dental expenses** | 11. | | **$300.00** |
| **12.** | **Transportation.** Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. | | **$500.00** |
| **13.** | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | | **$100.00** |
| **14.** | **Charitable contributions and religious donations** | 14. | | |
| **15.** | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a.  Life insurance | 15a. | | **$45.00** |
| | 15b.  Health insurance | 15b. | | |
| | 15c.  Vehicle insurance | 15c. | | **$450.00** |
| | 15d.  Other insurance.  Specify: _____ | 15d. | | |
| **16.** | **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | | |
| **17.** | **Installment or lease payments:** | | | |
| | 17a.  Car payments for Vehicle 1 | 17a. | | |
| | 17b.  Car payments for Vehicle 2 | 17b. | | |
| | 17c.  Other.  Specify: _____ | 17c. | | |
| | 17d.  Other.  Specify: _____ | 17d. | | |
| **18.** | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | | |
| **19.** | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | | |

Debtor 1    **Dale Mark Bartlett**                                    Case number (if known)   **17-32985**

**20.** **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | **$2,100.00** |
| 20b. | Real estate taxes | 20b. | |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | |
| 20e. | Homeowner's association or condominium dues | 20e. | |

**21.** **Other.**  Specify:   **Storage Unit in Oklahoma**          21.   +   **$220.00**

**22.** **Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$9,665.00** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | 22c. | **$9,665.00** |

**23.** **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$11,039.57** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. | − **$9,665.00** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **$1,374.57** |

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.   Explain here:
**None.**

**Fill in this information to identify your case:**

Debtor 1    **Dale**    **Mark**    **Bartlett**
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   **17-32985**
(if known)

☑ Check if this is an
amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:   Summarize Your Assets

|  |  | **Your assets** Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B............................................................... | **$669,259.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B...................................................... | **$789,128.00** |
| | 1c. Copy line 63, Total of all property on Schedule A/B............................................................... | **$1,458,387.00** |

## Part 2:   Summarize Your Liabilities

|  |  | **Your liabilities** Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$518,993.49** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F................................... | **$0.00** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ + | **$479,028.03** |
| | **Your total liabilities** | **$998,021.52** |

## Part 3:   Summarize Your Income and Expenses

|  |  |  |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of Schedule I...................................................................... | **$11,039.57** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of Schedule J.............................................................................. | **$9,665.00** |

| Debtor 1 | **Dale Mark Bartlett** | Case number (if known) | **17-32985** |
|---|---|---|---|

## Part 4:   Answer These Questions for Administrative and Statistical Records

**6.   Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐   No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑   Yes

**7.   What kind of debt do you have?**

☑   **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☐   **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

**8.   From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.**

**$20,436.16**

**9.   Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F,* copy the following:** | |
| 9a.   Domestic support obligations.  (Copy line 6a.) | **$0.00** |
| 9b.   Taxes and certain other debts you owe the government.  (Copy line 6b.) | **$0.00** |
| 9c.   Claims for death or personal injury while you were intoxicated.  (Copy line 6c.) | **$0.00** |
| 9d.   Student loans.  (Copy line 6f.) | **$0.00** |
| 9e.   Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.) | **$0.00** |
| 9f.   Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.) | + **$0.00** |
| 9g.   **Total.**  Add lines 9a through 9f. | **$0.00** |

**Fill in this information to identify your case:**

Debtor 1        **Dale**              **Mark**              **Bartlett**
                First Name            Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name       Middle Name          Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   **17-32985**
(if known)

☑ Check if this is an
   amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules                     12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____          Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Dale Mark Bartlett** _____          X _____
Dale Mark Bartlett, Debtor 1                            Signature of Debtor 2

Date  **05/25/2017**                                   Date _____
      MM / DD / YYYY                                        MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Dale** | **Mark** | **Bartlett** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number  **17-32985**
(if known)

☑ Check if this is an
amended filing

Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/16

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying
correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write
your name and case number (if known).  Answer every question.

**Part 1:      Give Details About Your Marital Status and Where You Lived Before**

1.    **What is your current marital status?**
☑ Married
☐ Not married

2.    **During the last 3 years, have you lived anywhere other than where you live now?**
☑ No
☐ Yes.  List all of the places you lived in the last 3 years.  Do not include where you live now.

3.    **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
      *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas,
      Washington, and Wisconsin.)
☑ No
☐ Yes.  Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    **Dale Mark Bartlett**                                              Case number (if known)   **17-32985**

| Part 2: | Explain the Sources of Your Income |
|---|---|

**4.**   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes.  Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | **$140,207.51** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the last calendar year:**<br>(January 1 to December 31, __2016__ )<br>                          YYYY | ☑ Wages, commissions, bonuses, tips | **$240,607.61** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2015__ )<br>                          YYYY | ☐ Wages, commissions, bonuses, tips | | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

**5.**   **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

☑ No
☐ Yes.  Fill in the details.

Debtor 1   **Dale Mark Bartlett** _____   Case number (if known)   **17-32985** _____

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6.   **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☑ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

7.   **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations such as child support and alimony.

☑ No
☐ Yes.  List all payments to an insider.

8.   **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes.  List all payments that benefited an insider.

Debtor 1   **Dale Mark Bartlett**                                                Case number (if known)   **17-32985**

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |
|---|---|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes.  Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Darland Partners, Ltd vs. Driving Memories, Inc. and Dale M. Bartlett**<br><br>Case number  **1087084** | **Suit regarding lease** | **County Civil Court At Law Number Three (3)**<br>Court Name<br>**201 Caroline, Suite 300**<br>Number     Street<br><br>**Houston**          **TX**   **77002**<br>City              State   ZIP Code | ☑ Pending<br><br>☐ On appeal<br><br>☐ Concluded |
| **Merchants Cash and Capital, LLC d/b/a Bizfi Funding vs. Driving Memories, Inc. d/b/a Mr. Transmission #2 and Dale Bartlett**<br><br>Case number  **651704/2017** | **Contract Dispute** | **Supreme Court of the State of New York County of New York**<br>Court Name<br>**60 Centre Street**<br>Number     Street<br><br>**New York**          **NY**   **10007**<br>City              State   ZIP Code | ☑ Pending<br><br>☐ On appeal<br><br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

☑ No.  Go to line 11.
☐ Yes.  Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes.  Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

Debtor 1   **Dale Mark Bartlett**      Case number (if known)  **17-32985**

| **Part 5:** | **List Certain Gifts and Contributions** |

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| **Part 6:** | **List Certain Losses** |

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| **Part 7:** | **List Certain Payments or Transfers** |

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Larry A. Vick** <br> Person Who Was Paid | | | |
| **10497 Town & Country Way, Suite 700** <br> Number   Street | | **March 2017** | **$7,500.00** |
| | | | |
| **Houston**     **TX**     **77024** <br> City        State     ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

Debtor 1    **Dale Mark Bartlett**                                    Case number (if known)   **17-32985**

**17.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

**18.** **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☒ Yes. Fill in the details.

| ? _____ | Description and value of any property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | **1999 Dodge Pickup** | **Sold for $2,500.00** | February 2017 |
| _____ | | | |
| Number      Street | | | |
| _____ | | | |
| _____ | | | |
| City            State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**19.** **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**    (These are often called asset-protection devices.)

☒ No
☐ Yes. Fill in the details.

| **Part 8:** | **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |

**20.** **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No
☐ Yes. Fill in the details.

**21.** **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ No
☐ Yes. Fill in the details.

Debtor 1    **Dale Mark Bartlett**                                    Case number (if known)   **17-32985**

22.  **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ No
☑ Yes. Fill in the details.

|  | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Storage** | | **Misc. household furniture** | ☐ No |
| Name of Storage Facility | Name | | ☑ Yes |
| | | | |
| Number    Street | Number    Street | | |
| | | | |
| **OK** | | | |
| City              State   ZIP Code | City              State   ZIP Code | | |

---

### Part 9:    Identify Property You Hold or Control for Someone Else

23.  **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes.  Fill in the details.

---

### Part 10:    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Fill in the details.

25.  **Have you notified any governmental unit of any release of hazardous material?**
☑ No
☐ Yes.  Fill in the details.

Debtor 1  **Dale Mark Bartlett** _____    Case number (if known)  **17-32985**

**26.** **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

☑ No
☐ Yes.  Fill in the details.

---

**Part 11:**   **Give Details About Your Business or Connections to Any Business**

---

**27.** **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No.  None of the above applies.  Go to Part 12.
☑ Yes.  Check all that apply above and fill in the details below for each business.

| **Driving Memories, Inc.** | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Business Name | **Transmission shop** | Do not include Social Security number or ITIN. |
| **16548 Stuebner Airline Road** | | EIN:  **8  1 – 2  5  2  7  7  8  0** |
| Number   Street | Name of accountant or bookkeeper | |
| | **None** | Dates business existed |
| | | From  **12/15/15**   To   **current** |
| **Spring        TX   77379** | | |
| City        State  ZIP Code | | |

| **DJD Enterprises, Inc.** | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Business Name | **Transmission shop** | Do not include Social Security number or ITIN. |
| **20702 Feron Lane** | | EIN:  **4  7 – 5  6  6  4  5  9  1** |
| Number   Street | Name of accountant or bookkeeper | |
| | **None** | Dates business existed |
| | | From  **April 2016**   To  **July 2016** |
| **Cypress        TX   77433** | | |
| City        State  ZIP Code | | |

**28.** **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes.  Fill in the details below.

Debtor 1    **Dale Mark Bartlett**                                              Case number (if known)    **17-32985**

| **Part 12:** | **Sign Below** |

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

X **/s/ Dale Mark Bartlett**                                 X _____
Dale Mark Bartlett, Debtor 1                                   Signature of Debtor 2

Date    **05/25/2017**                                         Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____    Attach the  *Bankruptcy Petition Preparer's Notice,*
                                                              *Declaration, and Signature*  (Official Form 119).

---

**Fill in this information to identify your case:**

Debtor 1    **Dale**          **Mark**          **Bartlett**
            First Name        Middle Name       Last Name

Debtor 2
(Spouse, if filing)  First Name       Middle Name       Last Name

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number   **17-32985**
(if known)

☑ Check this is an amended filing

Official Form 122B

# Chapter 11 Statement of Your Current Monthly Income

12/15

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11.  If more space is needed, attach a separate sheet to this form.  Include the line number to which the additional information applies.  On the top of any additional pages, write your name and case number (if known).

## Part 1:    Calculate Your Average Monthly Income

1.  **What is your marital and filing status?** Check one only.

    ☐  **Not married.** Fill out Column A, lines 2-11.

    ☐  **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ☑  **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.  11 U.S.C. § 101(10A).  For example, if you are filing on September 15, the 6-month period would be March 1 through August 31.  If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6.  Fill in the result.  Do not include any income amount more than once.  For example, if both spouses own the same rental property, put the income from that property in one column only.  If you have nothing to report for any line, write $0 in the space.

|  |  | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $20,436.16 |  |
| 3. | **Alimony and maintenance payments.**  Do not include payments from a spouse if Column B is filled in. | $0.00 |  |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.**  Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates.  Include regular contributions from a spouse only if Column B is not filled in.  Do not include payments you listed on line 31. | $0.00 |  |

5.  **Net income from operating a business, profession, or farm**

|  | Debtor 1 | Debtor 2 |  |  |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 |  |  |  |
| Ordinary and necessary operating expenses | − $0.00 | − |  |  |
| Net monthly income from a business, profession, or farm | $0.00 |  | Copy here → | $0.00 |

Debtor 1  **Dale Mark Bartlett**  Case number (if known) **17-32985**

| | *Column A* Debtor 1 | *Column B* Debtor 2 |
|---|---|---|

**6.** **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | _____ | | | |
| Ordinary and necessary operating expenses | — $0.00 | — _____ | | | |
| Net monthly income from rental or other real property | $0.00 | _____ | Copy here ➔ | $0.00 | _____ |

**7.** **Interest, dividends, and royalties** ... $0.00 _____

**8.** **Unemployment compensation** ... $0.00 _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ................↓

For you............................................................................ $0.00

For your spouse............................................................... _____

**9.** **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. ... $0.00 _____

**10.** **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism.

If necessary, list other sources on a separate page and put the total below.

| | | |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Total amounts from separate pages, if any. ... + _____ + _____

**11.** **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

| $20,436.16 | + | | = | $20,436.16 |
|---|---|---|---|---|

**Total current monthly income**

---

| **Part 2:** | **Sign Below** |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X **/s/ Dale Mark Bartlett** _____  X _____
Dale Mark Bartlett, Debtor 1                                         Signature of Debtor 2

Date **05/25/2017** _____  Date _____
MM / DD / YYYY                                   MM / DD / YYYY